KATHERINE PITMAN, Landlord, Respondent, *v.* JOHN WHITE, Tenant, and JOHN G. STOETZER and Others, Undertenants, Appellants.

Supreme Court, Appellate Term, First Department, December 16, 1930.

*Emanuel M. Ostrow*, for tenant John White and undertenants Stoetzer.

*William I. Siegel*, for the undertenant August Andre.

*Francis Martocci*, for the respondent.

PER CURIAM. The provisions of the lease with regard to the effect of non-payment of rent created a condition and not a conditional limitation. (*Burnee Corp.* v. *Uneeda Pure Orange Drink Co.*, 132 Misc. 435.) While a summary proceeding might have been brought under subdivision 2 of section 1410 of the Civil Practice Act, for failure to pay the rent, the present proceeding, brought under subdivision 1 on the theory that the term had expired, will not lie.

Order reversed, with ten dollars costs, and petition dismissed, with costs.

All concur; present, LYDON, LEVY and FRANKENTHALER, JJ.